UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JINSUN, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-13-1238 |
| | § | |
| ALIDAD MIRESKANDARI, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Pending before the court is the Magistrate Judge's memorandum and recommendation ("M&R") recommending that the court (1) grant in part and deny in part a motion for partial summary judgment (Dkt. 126) filed by defendant Alidad Mireskandari, (2) grant in part and deny in part a motion for partial summary judgment (Dkt. 127) filed by plaintiff Jinsun, LLC ("Jinsun"), and (3) grant Jinsun's motion for a jury trial setting (Dkt. 141). Dkt. 142. Neither party filed objections to the M&R. Having considered the M&R, the original motion and related documents, and the applicable law, the court is of the opinion that the M&R should be adopted. Accordingly, the M&R (Dkt. 142) is ADOPTED IN FULL. Defendant's motion for summary judgment (Dkt. 126) is GRANTED IN PART and DENIED IN PART. Plaintiff's motion for summary judgment (Dkt. 127) is GRANTED IN PART and DENIED IN PART. Plaintiff's motion for a trial setting (Dkt. 141) is GRANTED. The parties' non-contract claims are DISMISSED WITH PREJUDICE.

Signed at Houston, Texas on August 25, 2015.

_____
Gray H. Miller
United States District Judge